IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41000
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN PEREZ-BELTRAN,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-116-1
- - - - - - - - - - -
April 8, 1998
Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Ruben Perez-Beltran has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief and record discloses no
nonfrivolous issue. Accordingly, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.